THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR14-5236BHS |
| Plaintiff, | MOTION & ~~PROPOSED~~ ORDER TO SEAL SENTENCING MEMORNADUM & ATTACHMENTS |
| vs. | |
| JAMES ROBBIN LEE LEWIS, | |
| Defendant. | |

COMES NOW the defendant, James R. L. Lewis, by and through his attorney, Wayne C. Fricke, Hester Law Group, Inc., P.S., and hereby moves this Court for an Order sealing his Sentencing Memorandum and attachments.

RESPECTFULLY SUBMITTED this 5th day of January, 2015.

HESTER LAW GROUP, INC., P.S.
Attorneys for Defendant

By: /s/ Wayne C. Fricke
Wayne C. Fricke
WSB #16550

MOTION AND PROPOSED ORDER TO SEAL DEFENDANT'S
SENTENCING MEMORANDUM AND ATTACHMENTS - 1

HESTER LAW GROUP, INC., P.S.
1008 So. Yakima Ave., Suite 302
Tacoma, WA 98405
(253) 272-2157/Fax: (253) 572-1441

~~PROPOSED~~ ORDER

Before this Court is the defendant's motion for order sealing his Sentencing Memorandum and attachments thereto; and the Court being in all things fully advised; NOW THEREFORE, It Is Hereby

ORDERED that the Sentencing Memorandum and attachments are hereby filed under seal.

DONE IN OPEN COURT this 12th day of January, 2015.

_____
THE HONORABLE BENJAMIN H. SETTLE
United States District Court Judge

Presented by:

HESTER LAW GROUP, INC., P.S.
Attorneys for Defendant

By: /s/ Wayne C. Fricke
_____
Wayne C. Fricke
WSB #16550

---

MOTION AND PROPOSED ORDER TO SEAL DEFENDANT'S
SENTENCING MEMORANDUM AND ATTACHMENTS - 2

HESTER LAW GROUP, INC., P.S.
1008 So. Yakima Ave., Suite 302
Tacoma, WA 98405
(253) 272-2157/Fax: (253) 572-1441